**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 7 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 8 WAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 WAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

BRANDON HUMPHREY,

    Respondent

COMMONWEALTH OF PENNSYLVANIA,      No. 10 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,      No. 11 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON LEE HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,      No. 12 WAL 2022

    Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,      No. 13 WAL 2022

    Respondent

|                                         |   |                                                              |
|-----------------------------------------|---|--------------------------------------------------------------|
| v.                                      | : | Petition for Allowance of Appeal from the Order of the Superior Court |
|                                         | : |                                                              |
|                                         | : |                                                              |
|                                         | : |                                                              |
| BRANDON LEE HUMPHREY,                   | : |                                                              |
|                                         | : |                                                              |
| Petitioner                              | : |                                                              |
|                                         |   |                                                              |
| COMMONWEALTH OF PENNSYLVANIA,           | : | No. 14 WAL 2022                                              |
|                                         | : |                                                              |
| Respondent                              | : |                                                              |
|                                         | : | Petition for Allowance of Appeal                            |
| v.                                      | : | from the Order of the Superior Court                        |
|                                         | : |                                                              |
|                                         | : |                                                              |
| BRANDON HUMPHREY,                       | : |                                                              |
|                                         | : |                                                              |
| Petitioner                              | : |                                                              |
|                                         |   |                                                              |
| COMMONWEALTH OF PENNSYLVANIA,           | : | No. 15 WAL 2022                                              |
|                                         | : |                                                              |
| Respondent                              | : |                                                              |
|                                         | : | Petition for Allowance of Appeal                            |
| v.                                      | : | from the Order of the Superior Court                        |
|                                         | : |                                                              |
|                                         | : |                                                              |
| BRANDON HUMPHREY,                       | : |                                                              |
|                                         | : |                                                              |
| Petitioner                              | : |                                                              |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.